UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BORDELON MARINE, L.L.C., | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION: |
| | * | JUDGE |
| | * | |
| SEATREPID INTERNATIONAL, L.L.C. | * | SECTION: |
| | * | MAG. JUDGE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Bordelon Marine, L.L.C., and for its Complaint against Defendant, SeaTrepid International, L.L.C., avers upon information and belief as follows:

**JURISDICTION AND FACTUAL ALLEGATIONS**

I.

The Court has jurisdiction over this matter pursuant to its admiralty and maritime jurisdiction 33 U.S.C. § 1333, as a claim arising out of the charter of a vessel.

II.

At all material times herein, Bordelon Marine, L.L.C. ("Bordelon Marine"), was and is a limited liability company organized and existing under the laws of the State of Louisiana, doing business within the jurisdiction of this Honorable Court, and the owner of the M/V TERRY BORDELON.

III.

At all material times herein, SeaTrepid International, L.L.C. ("SeaTrepid International"), was and is the successor in interest to SeaTrepid Louisiana, LLC ("SeaTrepid Louisiana"), and is

a limited liability company organized and existing under the laws of the State of Louisiana, and doing business within the jurisdiction of this Honorable Court.

IV.

On or about July 9, 2008, Bordelon Marine and SeaTrepid Louisiana, the predecessor in interest to SeaTrepid International, entered into a Blanket Time Charter, which Charter contemplated that it should be separately applicable to each vessel chartered from Bordelon Marine by SeaTrepid.

V.

Bordelon Marine issued to SeaTrepid International Invoice No. 22-129, in the amount of $124,353.78 for the charter period October 17, 2022 to October 31, 2022 (Exhibit "A"). Bordelon subsequently issued to SeaTrepid International Invoice No. 22-133, in the amount of $60,221.31 for the charter period November 1, 2022 to November 5, 2022 (Exhibit "B"). The total amount due Bordelon Marine on the two invoices is $184,575.09.

VI.

SeaTrepid International has made a payment of $10,000.00 on April 14, 2023, and a second payment of $10,000.00 on May 5, 2023, leaving a principal balance of $164,575.09.

VII.

SeaTrepid International chartered the M/V TERRY BORDELON to assist in supporting its ROV activities in EC Block 328 from October 17, 2022 through November 5, 2022.

VIII.

Bordelon Marine has made amicable demand on SeaTrepid International, without success.

IX.

Pursuant to the terms of the Blanket Time Charter, Bordelon Marine is entitled to recover $164,575.09, plus interest, attorney's fees, and Court costs.

**WHEREFORE**, Bordelon Marine, L.L.C., prays that after due proceedings had, its Complaint be deemed good and sufficient and that there be judgment herein against SeaTrepid International, L.L.C., for $164,575.09, the total amount due Bordelon Marine, L.L.C, plus interest, costs, attorney's fees, Court costs, and for all other relief as Bordelon Marine may be entitled to receive and this Court competent to grant.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT L.L.C.**

*s/ Lawrence R. Plunkett, Jr.*
**LAWRENCE R. PLUNKETT, JR. (#19739)**
**J. CALVIN BOX (#18809)**
1206 Park Drive, Suite 200
Mandeville, LA 70471
Tele: (504) 830-3999/Fax: (504) 830-3950
Email – lplunkett@rapllclaw.com;
cbox@rapllclaw.com
*Attorneys for Bordelon Marine, L.L.C.*

**BORDELON MARINE, L.L.C., WILL SERVE:**

SEATREPID INTERNATIONAL, L.L.C.
Through its Registered Agent,
Karen E. Christ
23083 Hwy 190 E
Robert, LA 70435