UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BORDELON MARINE, L.L.C.** | **CIVIL ACTION NO. 2:23-CV-01747** |
| **VERSUS** | **JUDGE SARAH S. VANCE** |
| **SEATREPID INTERNATIONAL, L.L.C.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

**ANSWER, AFFIRMATIVE DEFENSES, AND
COUNTERCLAIM OF SEATREPID INTERNATIONAL, L.L.C.**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, SeaTrepid International, L.L.C. ("SeaTrepid"), and for Answer to the Complaint of Plaintiff, Bordelon Marine, L.L.C. ("Bordelon Marine"), alleges and avers upon information and belief as follows:

**FIRST DEFENSE**

Certain of the claims and allegations contained in the Complaint fail to state claims or causes of action against SeaTrepid upon which relief may be granted.

**ANSWER**

I.

No response is required to the allegations stated in Paragraph I of the Complaint, which contains conclusions of law. However, to the extent a response is required, SeaTrepid admits the allegations contained in Paragraph I of the Complaint.

II.

SeaTrepid admits that Bordelon Marine, L.L.C. is a limited liability company organized and exiting under the laws of the State of Louisiana and doing business within the jurisdiction of

1

this Honorable Court. The remaining allegations contained in Paragraph II of the Complaint are denied for lack of knowledge or information sufficient to justify a reasonable belief therein.

III.

The allegations contained in Paragraph III of the Complaint are admitted.

IV.

The allegations contained in Paragraph IV of the Complaint are admitted.

V.

SeaTrepid admits that Bordelon Marine issued Invoice No. 22-129 in the amount of $124,353.78 for the charter period October 17, 2022, through October 31, 2022. SeaTrepid admits that Bordelon Marine issued Invoice No. 22-133 in the amount of $60,221.31 for the charter period November 1, 2022, through November 5, 2022. SeaTrepid denies that the total amount due Bordelon Marine on the two invoices is $184,575.09.

VI.

SeaTrepid admits that it made payments of $10,000.00 on April 14, 2023, and May 5, 2023. SeaTrepid denies that a principal balance of $164,575.09 is due Bordelon Marine.

VII.

SeaTrepid admits that it chartered the M/V TERRY BORDELON to assist in supporting its ROV activities. The remaining allegations contained in Paragraph VII of the Complaint are denied as written.

VIII.

The allegations contained in Paragraph VIII of the Complaint are denied as written.

IX.

The allegations contained in Paragraph IX of the Complaint are denied.

## UNNUMBERED PRAYER FOR RELIEF

SeaTrepid denies that Bordelon Marine is entitled to the relief sought in the Prayer for Relief contained in the Complaint.

## SECOND DEFENSE

SeaTrepid asserts the affirmative defense of failure of consideration.

## THIRD DEFENSE

SeaTrepid asserts the affirmative defense of estoppel.

## FOURTH DEFENSE

SeaTrepid asserts the affirmative defense of waiver.

## FIFTH DEFENSE

SeaTrepid asserts the affirmative defense of laches.

## SIXTH DEFENSE

SeaTrepid asserts the affirmative defense of failure on the part of Bordelon Marine to fulfill its obligation of good faith and fair dealing in performing its contract with SeaTrepid, relieving SeaTrepid of any alleged obligation to pay further amounts to Bordelon Marine.

## SEVENTH DEFENSE

SeaTrepid asserts the affirmative defense that Bordelon Marine intentionally and/or negligently misrepresented material facts in its dealings with SeaTrepid.

## EIGHTH DEFENSE

SeaTrepid asserts the affirmative defense that Bordelon Marine has been paid such amounts as to which its performance entitles it, and that SeaTrepid has no further obligation to pay Bordelon Marine under the contract at issue.

### NINTH DEFENSE

SeaTrepid asserts the affirmative defense that Bordelon Marine breached the applicable time charter, including without limitation by failing to provide a seaworthy vessel and crew, thereby relieving SeaTrepid of any duty to pay the amounts identified by Bordelon Marine in its Complaint.

### TENTH DEFENSE

SeaTrepid asserts the affirmative defense that Bordelon Marine's actions and/or failures to act and the unseaworthiness of Bordelon Marine's vessel and crew frustrated the purpose of the contract.

### ELEVENTH DEFENSE

To the extent Bordelon Marine is entitled to recovery from SeaTrepid, which is expressly denied, SeaTrepid is entitled to an offset in an amount to be determined at trial.

### COUNTERCLAIM OF SEATREPID INTERNATIONAL, L.L.C.

**AND NOW**, pursuant to Rule 7 of the Federal Rules of Civil Procedure, assuming the position of Counterclaimant, SeaTrepid International, L.L.C. ("SeaTrepid") files this Counterclaim and avers upon information and belief as follows:

I.

Counterclaimant, SeaTrepid International, L.L.C., is a Louisiana limited liability company with a domicile address of 23083 Hwy. 190 East, Robert, LA 70455.

II.

Counterclaim Defendant, Bordelon Marine, L.L.C. ("Bordelon Marine"), is a Louisiana limited liability company with a domicile address of 127 East Waguespack Street, Lockport, LA 70374.

III.

This Honorable Court has original jurisdiction over this Counterclaim pursuant to 28 U.S.C. § 1333 and supplemental jurisdiction under 28 U.S.C. § 1367.

IV.

Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, SeaTrepid designates its claims as arising in admiralty.

V.

Venue is proper in this district in accordance with 28 U.S.C. § 1391(b)(1).

VI.

SeaTrepid chartered the M/V TERRY BORDELON from Bordelon Marine to perform ROV work for its customers in the Gulf of Mexico from approximately October 17, 2021, through November 5, 2021.

VII.

As a consequence of the unseaworthiness of Bordelon Marine's M/V TERRY BORDELON and its crew, intentional and/or negligent misrepresentations by the M/V TERRY BORDELON's master, and the negligence of Bordelon Marine personnel, SeaTrepid was unable to complete work in EC-328 for its customer, The Webb Group, LLC.

VIII.

But for the unseaworthiness of Bordelon Marine's M/V TERRY BORDELON and its crew, intentional and/or negligent misrepresentations by the M/V TERRY BORDELON's master, and the negligence of Bordelon Marine personnel, SeaTrepid would have successfully completed the work for its customer, The Webb Group, LLC.

IX.

Bordelon Marine is liable to SeaTrepid for lost profits and other losses in excess of $170,000.00 as a consequence of the unseaworthiness of Bordelon Marine's M/V TERRY BORDELON and its crew, intentional and/or negligent misrepresentations by the M/V TERRY BORDELON's master.

**WHEREFORE**, Defendant and Counterclaimant, SeaTrepid International, L.L.C., prays that this Answer, Affirmative Defenses, and Counterclaim be deemed good and sufficient and that, after due proceedings are had, there be judgment entered in its favor and against Plaintiff and Counterclaim Defendant, Bordelon Marine, L.L.C., dismissing Bordelon Marine's Complaint at Bordelon Marine's sole cost, awarding all amounts that SeaTrepid is legally entitled to recover in this matter, and for all other such general and equitable relief as may be just and proper in this matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Carlos J. Saravia*
Erroll J. King (Bar #17649)
Craig L. Caesar (Bar #19235)
Carlos J. Saravia (Bar #37530)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  erroll.king@phelps.com
            craig.caesar@phelps.com
            carlos.saravia@phelp.com

ATTORNEYS FOR SEATREPID INTERNATIONAL, L.L.C.

PD.42315304.1