UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BORDELON MARINE, L.L.C.,** | * | **CIVIL ACTION NO. 2:23-CV-01747** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **SEATREPID INTERNATIONAL, L.L.C.** | * * | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO AMENDED COUNTERCLAIM

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff/Defendant-in-Counterclaim, Bordelon Marine, L.L.C. ("Bordelon Marine"), and for answer to the Amended Counterclaim of defendant/plaintiff-in-Counterclaim, SeaTrepid International, L.L.C., avers as follows upon information and belief, to wit:

### FIRST DEFENSE

The Amended Counterclaim fails to state a claim against Bordelon Marine upon which relief can be granted and/or has been filed in the improper venue.

### SECOND DEFENSE

The allegations asserted in the Amended Counterclaim are prescribed or otherwise time-barred.

### THIRD DEFENSE

And now, in answer to the specific allegations of SeaTrepid's Amended Counterclaim, Bordelon Marine avers as follows:

1.

The allegations of fact contained in Paragraph 1 of the Amended Counterclaim are admitted.

2.

The allegations of fact contained in Paragraph 2 of the Amended Counterclaim are admitted.

3.

The allegations contained in Paragraph 3 of the Amended Counterclaim apply to law and not fact and require no response from Bordelon Marine.  Insofar as a response is deemed necessary, those allegations are denied.

4.

The allegations contained in Paragraph 4 of the Amended Counterclaim apply to law and not fact and require no response from Bordelon Marine.  Insofar as a response is deemed necessary, those allegations are denied.

5.

The allegations contained in Paragraph 5 of the Amended Counterclaim apply to law and not fact and require no response from Bordelon Marine.  Insofar as a response is deemed necessary, those allegations are denied.

6.

The allegations of fact contained in Paragraph 6 of the Amended Counterclaim are admitted.

7.

The allegations of fact contained in Paragraph 7 of the Amended Counterclaim are denied.

8.

The allegations of fact contained in Paragraph 8 of the Amended Counterclaim are denied.

9.

The allegations of fact contained in Paragraph 9 of the Amended Counterclaim are denied.

10.

All other allegations not heretofore specifically admitted are denied.

## FOURTH DEFENSE

In further answer to the Amended Counterclaim, as a separate and distinct defense, Bordelon Marine avers that the time charter between Bordelon Marine and SeaTrepid bars this suit against Bordelon Marine.

## FIFTH DEFENSE

And now, in further answer to the Amended Counterclaim, as a separate and distinct defense, Bordelon Marine avers that any debt alleged by SeaTrepid, which is denied, resulted from SeaTrepid's own fault, carelessness, inattention to duty, and/or negligence, for which Bordelon Marine is not liable.

## SIXTH DEFENSE

As a further defense, any damages alleged by SeaTrepid in its Amended Counterclaim, which are denied, are the result of SeaTrepid's breach of contract, for which Bordelon Marine is not liable.

## SEVENTH DEFENSE

Bordelon Marine avers that SeaTrepid breached certain warranties contained in the time charter agreement between them, which negates any of its claims herein.

## EIGHTH DEFENSE

As a further defense, any damages or injuries allegedly sustained by SeaTrepid, which are denied, were the fault or responsibility of other persons or parties for whom Bordelon Marine is not responsible.

**NINTH DEFENSE**

Bordelon Marine specifically avers that SeaTrepid has failed to mitigate its damages, if any, and any recovery by it should be therefore reduced or eliminated.

**TENTH DEFENSE**

To the extent SeaTrepid is entitled to recovery herein, which is expressly denied, Bordelon Marine is entitled to an offset in an amount to be determined at trial.

**ELEVENTH DEFENSE**

Bordelon Marine asserts the affirmative defense of estoppel.

**TWELFTH DEFENSE**

Bordelon Marine asserts the affirmative defense of waiver.

**THIRTEENTH DEFENSE**

Bordelon Marine asserts the affirmative defense of failure of consideration.

**FOURTEENTH DEFENSE**

Bordelon Marine asserts that SeaTrepid's claim for damages constitutes a claim for consequential damages, which were waived under the time charter between Bordelon Marine and SeaTrepid.

**WHEREFORE**, after due proceedings had, plaintiff/Defendant-in-Counterclaim, Bordelon Marine, L.L.C., prays that this Honorable Court grants the relief prayed for in its Complaint and deny the relief prayed for in defendant/plaintiff-in-Counterclaim, SeaTrepid International, LLC's Counterclaim and Amended Counterclaim, at SeaTrepid International, LLC's cost. Bordelon Marine, LLC, further prays for all other relief, general or equitable, as may be just and proper under the circumstances.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT L.L.C.**

*/s/ Lawrence R. Plunkett, Jr.*
**LAWRENCE R. PLUNKETT, JR. (#19739)**
**J. CALVIN BOX (#18809)**
1206 Park Drive, Suite 200
Mandeville, LA 70471
Tele:  (504) 830-3999/Fax:   (504) 830-3950
Email: lplunkett@rapllclaw.com
          cbox@rapllclaw.com
*Attorneys for Bordelon Marine, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 6th day of July, 2023.

*/s/ Lawrence R. Plunkett, Jr.*